EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Carmen L. Aponte Ayala | 2017 TSPR 31<br><br>197 DPR ____ |

Número del Caso: TS-9,956


Fecha: 3 de marzo de 2017


Abogados de la parte peticionaria:

      Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carmen L. Aponte Ayala                    TS-9,956


RESOLUCIÓN

San Juan, Puerto Rico, a 2 de marzo de 2017.

Examinada la *Moción Urgente Solicitando Cambio de Estatus a Abogada Activa en el Registro Único de Abogados y Abogadas*, presentada por la señora Aponte Ayala, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Aponte Ayala actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                          Juan Ernesto Dávila Rivera
                          Secretario del Tribunal Supremo